COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA  90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES (also erroneously named herein as Los Angeles County Sheriff's Department)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRANT VALENCIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF LOS ANGELES, a public entity; KENNETH COLLINS, an individual; and DOES 1 through 50, inclusive<br><br>　　　　　　Defendants. | CASE NO.<br>Action Filed: December 14, 2018<br><br>**DEFENDANT COUNTY OF LOS ANGELES'S NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C 1441(b) (FEDERAL QUESTION); DECLARATION OF LAURA E. INLOW** |

**PLEASE TAKE NOTICE** that Defendant, County of Los Angeles, also erroneously named herein as Los Angeles County Sherriff's Department, hereby requests to remove to this Court the state court action described below, pursuant to the provisions of 28 U.S.C. § 1441(b) on the basis of federal question as follows:

//

1.      On December 14, 2018, an action was filed in the Superior Court of the State of California in and for the County of Los Angeles entitled *Grant Valencia v. Los Angeles County Sheriff's Department, et al*, Case No. 18STCV08453.  A true and correct copy of the complaint is attached hereto as Exhibit "A".

2.      The summons and complaint were served on Defendant on or about December 28, 2018.  As such, this Notice is timely pursuant to 28 U.S.C. Section 1446(b) as it is being filed before a responsive pleading was filed by Defendant and within thirty (30) days of the date that the Summons and Complaint were served on Defendant.

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. Section 1441 (b) in that it arises under 42 U.S.C. Section 2000, et seq., and 42 U.S.C. Section 12101.

4.      No further proceedings have been had in this matter in the Superior Court of Los Angeles County –Central Judicial District, California.

5.      A true and correct copy of Defendant's Notice of Request for Removal is being filed with the Clerk for the Superior Court of Los Angeles County – Central Judicial District, California and served upon Plaintiff, as required by 28 U.S.C. Section 1446(d).  A copy of Defendant's Notice to the Superior Court is attached hereto as Exhibit "B".

6. The undersigned counsel for Defendant has read the foregoing and signs this Notice of Request for Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure as required by 28 U.S.C. Section 1446(a).

WHEREFORE, Defendant prays that Case No. 18STCV08453, now pending in the Superior Court of the State of California for the County of Los Angeles, be removed therefrom to this Court.

DATED: January 22, 2019          COLLINSON, DAEHNKE, INLOW & GRECO

By: *Laura E. Inlow* (signature)
Laura E. Inlow, Esq.
Attorneys for Defendant
COUNTY OF LOS ANGELES

## DECLARATION OF LAURA E. INLOW

I, Laura E. Inlow, declare as follows:

1. I am an attorney at law, licensed to practice before the State and Federal Courts of California. I am a partner at Collinson, Daehnke, Inlow & Greco, attorneys of record herein for Defendant, County of Los Angeles. I have personal knowledge of the contents of this declaration and if called upon, I could and would competently testify thereto.

2. *Grant Valencia v. Los Angeles County Sheriff's Department, et al* is a civil action of which this Court has original jurisdiction as it arises under the laws of the United States under 28 U.S.C. Sections 1331 and 1343. Furthermore, this is an action which may be removed to this Court by Defendant pursuant to 28 U.S.C. 1441 (b) and (c) which provide for the removal of any civil action without regard to citizenship or residence of the parties because the causes of action arise under 42 U.S.C . §1988.

3. I have been advised by the County of Los Angeles service was affected on or about December 28, 2018.

I declare under the penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 18th day of January 2019, at Torrance, California.

*Laura E. Inlow*
Laura E. Inlow, Declarant

**PROOF OF SERVICE**
*Valencia v. Los Angeles County, et al*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 21515 Hawthorne Blvd., Suite 800, Torrance, California 90503.

On January 22, 2019, I served the following document described as: **DEFENDANT COUNTY OF LOS ANGELES'S NOTICE OF REQUEST FOR REMOVAL OF ACTION UNDER 28 U.S.C 1441(b) (FEDERAL QUESTION); DECLARATION OF LAURA E. INLOW** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

***Counsel for Plaintiff***
Darren M. Richie, Esq. SBN 316116
Bobby Doustkam, Esq., SBN 248830
RICHIE LITIGATION, P.C.
US Bank Tower, 67th Floor
633 West 5th Street, Suite 6780
Los Angeles, CA 90071
Tel: 213-265-7888
Fax: 844-314-1380
Email: darren@richielitigation.com
Email: bobby@richielitigation.com

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.)

[X]   I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on January 22, 2019 at Torrance, California.

_____
Marianne Guillinta