COLLINSON, DAEHNKE, INLOW & GRECO
Laura E. Inlow, Esq., State Bar No. 130584
Email: laura.inlow@cdiglaw.com
21515 Hawthorne Blvd., Suite 800
Torrance, CA 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

Attorneys for Defendant, COUNTY OF LOS ANGELES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRANT VALENCIA,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, a public entity; KENNETH COLLINS, an individual; and DOES 1 through 50, inclusive<br><br>    Defendants<br>_____<br>COUNTY OF LOS ANGELES,<br><br>    Cross-Complainant,<br><br>  v.<br><br>KENNETH COLLINS, and MOES 1 through 50<br><br>    Cross-Defendants | CASE NO. CV 19-471-GW-GJSx<br><br>**ORDER AND JUDGMENT**<br><br><br>Action Filed: December 14, 2018<br><br><br>Trial Date: March 10, 2020 |

   The Motion for Summary Judgment or, in the alternative, Motion for Partial Summary Judgment of Defendant the County of Los Angeles was heard by this court on February 24, 2020. Plaintiff appeared by counsel Antonio Castillo, III and

Alister Wong. Defendant the County of Los Angeles appeared by counsel Laura E. Inlow.

After reviewing all papers submitted in support and in opposition to the Motion, hearing oral argument from all counsel, and considering all the issues and evidence presented, the Court granted Defendant's Summary Judgment motion as to all claims and causes of action.

Accordingly, judgment is hereby entered in favor of Defendant County of Los Angeles and against Plaintiff Grant Valencia. As the Defendant is the prevailing party, it shall be entitled to recover its costs reasonably incurred pursuant to F.R.C.P. 54(d) and the Local Rules and may also seek attorney's fees pursuant to 42 U.S.C. section 1983.

**IT IS SO ORDERED and ADJUDGED**.

DATED: March 3, 2020    _____
                        Hon. George H. Wu
                        United States District Judge