# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **Central District of California**

U.S. District Court case number: **2:19-cv-00471 GW (GJSx)**

Date case was first filed in U.S. District Court: **01/22/2019**

Date of judgment or order you are appealing: **03/03/2020**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

● Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Grant Valencia

Is this a cross-appeal?   ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ● No

If Yes, what is the prior appeal case number?

Your mailing address:

633 W. 5th Street

Suite 6780

City: Los Angeles   State: CA   Zip Code: 90071

Prisoner Inmate or A Number (if applicable):

**Signature** [signed]   Date: Mar 4, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1   Rev. 12/01/2018