UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Form 6. Representation Statement**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Grant Valencia |

Name(s) of counsel (if any):

| |
|---|
| Darren Richie, Esq.<br>Antonio Castillo, III, Esq.<br>Alister Wong, Esq. |

Address: 633 W. 5th Street, Suite 6780, Los Angeles, CA 90071

Telephone number(s): (213) 265-7888

Email(s): antonio@richielitigation.com; alister@richielitigation.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| County of Los Angeles |

Name(s) of counsel (if any):

| |
|---|
| Laura E. Inlow, Esq. |

Address: 21515 Hawthorne Blvd., Suite 800, Torrance, CA 90503

Telephone number(s): (424) 212-7777

Email(s): laura.inlow@cdiglaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                        1                                *New 12/01/2018*