Darren M. Richie (SBN 316116)
*darren@richielitigation.com*
Antonio Castillo, III (SBN 276891)
*antonio@richielitigation.com*
**RICHIE LITIGATION, P.C.**
US Bank Tower, 67th Floor
633 W. 5th Street, Suite 6780
Los Angeles, California 90071
213.265.7888 | 844.314.1380

Attorneys for Plaintiff: GRANT VALENCIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRANT VALENCIA, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity and law enforcement agency; COUNTY OF LOS ANGELES, a public entity; KENNETH COLLINS, an individual; and DOES 1 through 50 inclusive, <br><br> Defendants. | Case No. 2:19-CV-00471-GW-GJS <br> Assigned for All Purposes to: <br> Hon. George H. Wu <br><br> **PROOF OF SERVICE** <br><br> Action Filed: December 14, 2018 |

**<u>PROOF OF SERVICE</u>**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is U.S. Bank Tower – 67th Floor, 633 W. 5th Street, Suite 6780, Los Angeles, California 90071.

On March 4, 2020 I served the following document described as:

**NOTICE OF APPEAL FROM A JUDGMENT OR ORDER OF A UNITED STATES DISTRICT COURT**

**REPRESENTATION STATEMENT**

on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

**SEE SERVICE LIST**

**[ ]    (BY MAIL, FRCP Rule 5(b)(2)(C))** I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**[X]    (BY ELECTRONIC SERVICE, FRCP Rule 5(b)(2)(E))** I caused said document(s) to be transmitted via Electronic Service to the receipts listed in the service list at their corresponding electronic mail accounts.

**[X]    (FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose discretion the service was made.

Executed on March 4, 2020 at Los Angeles, California.

_____
Bryan Fernandez

## SERVICE LIST

Laura E. Inlow, Esq.
*laura.inlow@cdiglaw.com*
COLLINSON, DAEHNKE, INLOW & GRECO
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Tel: (424) 212-7777
Fax: (424) 212-7757
*Attorneys for Defendant COUNTY OF LOS ANGELES (also erroneously named herein at Los Angeles County Sheriff's Department*