COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GRANT VALENCIA,<br><br>        Plaintiff,<br><br>     v.<br><br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a public entity; COUNTY OF LOS ANGELES, a public entity; KENNETH COLLINS, an individual; and DOES 1 through 50, inclusive<br><br>        Defendants. | CASE NO. CV 19-00471-GW-GJSx<br><br>Action Filed: December 14, 2018<br>Trial Date:  June 30, 2020<br><br>**ORDER RE STIPULATION TO DISMISS DEFENDANT AND CROSS-COMPLAINANT COUNTY OF LOS ANGELES' CROSS-COMPLAINT WITHOUT PREJUDICE** |
| COUNTY OF LOS ANGELES,<br><br>        Cross-Complainant,<br><br>     v.<br><br>KENNETH COLLINS, and MOES 1 through 50<br><br>        Cross-Defendants | |

## <u>ORDER</u>

Good cause appearing, the cross-complaint as to Kenneth Collins filed by defendant and cross-complainant County of Los Angeles County is hereby

---

-1-
**(PROPOSED) ORDER RE DISMISSAL OF DEFENDANT COUNTY OF LOS ANGELES' CROSS-COMPLAINT WITHOUT PREJUDICE**

dismissed without prejudice.  If plaintiff's current appeal of the judgment in defendant County's favor by way of motion for summary judgment (Docket No. 40) is denied, the County of Los Angeles will file a dismissal with prejudice as to the cross-complaint (Docket No. 14). If the appeal is granted and plaintiff's case against defendant County of Los Angeles is remanded for trial, defendant's cross-complaint shall be re-instated with no bar, including by any statute of limitations.

All parties are to bear their own costs arising out of this dismissal.

Dated: April 29, 2020            By: _____
                                                    Honorable George H. Wu
                                                    United States District Judge

COLLINSON, DAEHNKE, INLOW & GRECO
21515 HAWTHORNE BLVD., SUITE 800
TORRANCE, CALIFORNIA 90503
TEL. (424) 212-7777 | FAX (424) 212-7757